UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY WAYNE HUGHES, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>REGULATORY DATACORP, INC. and BUREAU VAN DIJK ELECTRONIC PUBLISHING, INC.,<br><br>Defendants. | No. 23-CV-4991 (TJS) |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**

Defendants Regulatory Datacorp, Inc. and Bureau Van Dijk Electronic Publishing, Inc., by their undersigned attorneys, hereby move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the Complaint of Plaintiffs Jeffrey Wayne Hughes and April Nichole Grizzard in its entirety. In support thereof, Defendants submit the accompanying Memorandum of Law.

Dated: February 16, 2024

DUANE MORRIS LLP

/S/ *Michael S. Zullo*

Michael S. Zullo
30 South 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000
Fax: (215) 979-1020
mszullo@duanemorris.com

James J. Coster, *admitted pro hac vice*
Michael H. Gibson, *admitted pro hac vice*
230 Park Avenue, Suite 1130
New York, NY 10169
Tel: (212) 818-9200
Fax: (212) 818-9606

jjcoster@duanemorris.com
mhgibson@duanemorris.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion to Dismiss was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

Dated: February 16, 2024

/s/ *Michael S. Zullo*