UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY WAYNE HUGHES, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>REGULATORY DATACORP, INC. and BUREAU VAN DIJK ELECTRONIC PUBLISHING, INC.,<br><br>Defendants. | No. 23-CV-4991 (MRP) |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS**

Defendants Regulatory Datacorp, Inc. and Bureau Van Dijk Electronic Publishing, Inc., by their undersigned attorneys, hereby move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the Amended Complaint of Plaintiffs Jeffrey Wayne Hughes and April Nichole Grizzard in its entirety. In support thereof, Defendants submit the accompanying Memorandum of Law.

Dated: March 29, 2024

DUANE MORRIS LLP

/s/ *Michael H. Gibson*
Michael H. Gibson¸ *admitted pro hac vice*
James J. Coster, *admitted pro hac vice*
230 Park Avenue, Suite 1130
New York, NY 10169
Tel: (212) 818-9200
Fax: (212) 818-9606
jjcoster@duanemorris.com
mhgibson@duanemorris.com

Michael S. Zullo
30 South 17th Street
Philadelphia, PA 19103

Tel: (215) 979-1000
Fax: (215) 979-1020
mszullo@duanemorris.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion to Dismiss was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants.

Dated: March 29, 2024

/s/ *Michael H. Gibson*