IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFREY WAYNE HUGHES and APRIL NICHOLE GRIZZARD,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**REGULATORY DATACORP, INC., and BUREAU VAN DIJK ELECTRONIC PUBLISHING, INC.,**<br><br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 23-cv-4991** |

**STIPULATION REGARDING BRIEFING ON DEFENDANTS' MOTION TO DISMISS**

WHEREAS, Defendants Regulatory Datacorp, Inc. and Bureau van Dijk Electronic Publishing, Inc. filed their Motion to Dismiss the Amended Complaint ("Motion") on March 29, 2024;

WHEREAS, Plaintiff's responsive brief is currently due April 12, 2024 under Local Rule 7.1(c);

WHEREAS, the Parties have conferred and agree that an extension of the current deadline is warranted in light of the complexity of the issues presented as well as preexisting litigation commitments of counsel;

## I. STIPULATION

NOW, THEREFORE, IT IS STIPULATED AND CONSENTED by and between the undersigned counsel for the Parties that the date by which Plaintiff must respond to Defendants' Motion is hereby extended to April 26, 2024.

Date: April 4, 2024

*/s/ James A. Francis*
James A. Francis
John Soumilas
Lauren KW Brennan
Francis Mailman Soumilas, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
Tel: (215) 735-8600
Fax: (215) 940-8000
Email: jfrancis@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com
Email: lbrennan@consumerlawfirm.com

Justin T. Holcombe
Skaar & Feagle, LLP
133 Mirramont Lake Drive
Woodstock, GA 30189
Tel: (770) 427-5600
Email: jholcombe@skaarandfeagle.com

Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
Tel: (312) 739-5288
Email: aburke@burkelawllc.com

*Counsel for Plaintiff*

*/s/ Michael H. Gibson*
James J. Coster
Michael H. Gibson
Duane Morris, LLP
230 Park Avenue, Suite 1130
New York, NY 10169
Tel: (212) 818-9200
Email: jjcoster@duanemorris.com
Email: mhgibson@duanemorris.com

Lynne E. Evans
Duane Morris, LLP
30 S. 17th Street
Philadelphia, PA 19103-4196
Tel: (215) 979-1102
Fax: (215) 827-5546
Email: leevans@duanemorris.com

*Counsel for Defendants*