**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JEFFREY WAYNE HUGHES, and APRIL NICHOLE GRIZZARD,** *on behalf of themselves and all others similarly situated,*<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**REGULATORY DATACORP, INC.,** and **BUREAU VAN DIJK ELECTRONIC PUBLISHING, INC.,**<br><br>**Defendants.** | ) | **C.A. NO. 2:23-CV-04991** |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Plaintiffs Jeffrey Wayne Hughes and April Nichole Grizzard, by counsel, hereby respond to and oppose the Motion for Dismiss their Amended Complaint filed by Defendants Regulatory Datacorp, Inc. and Bureau Van Dijk Electronic Publishing Inc. For the reasons set forth more fully in the accompanying Memorandum of Law, the Motion should be denied in its entirety.

DATE: April 26, 2024

By: */s/ James A. Francis*

**FRANCIS MAILMAN SOUMILAS, P.C.**
JAMES A. FRANCIS
JOHN SOUMILAS
LAUREN KW BRENNAN
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215.735.8600
F: 215.940.8000
E: jfrancis@consumerlawfirm.com
E: jsoumilas@consumerlawfirm.com
E: lbrennan@consumerlawfirm.com

**SKAAR & FEAGLE, LLP**
Justin T. Holcombe
Georgia Bar No. 552100
jholcombe@skaarandfeagle.com
133 Mirramont Lake Drive
Woodstock, GA 30189
Tel: (770) 427-5600
Fax: (404) 601-1855

James M. Feagle
Georgia Bar No. 256916
jfeagle@skaarandfeagle.com
2374 Main Street, Suite B
Tucker, GA 30084
Tel: (404) 373-1970

**BURKE LAW OFFICES, LLC**
Alexander H. Burke, *pro hac vice forthcoming*
909 Davis Street, Suite 500
Evanston, IL 60201
(312) 729-5288
ABurke@BurkeLawLLC.com

*Attorneys for Plaintiffs*